IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

Case No: 2:11CR82
JUDGE Economus

LAKIA S. JACKSON

**INDICTMENT**
21 U.S.C. § 856(a)(2)
21 U.S.C. § 856(b)
21 U.S.C. §§ 853(a)(1)

---

THE GRAND JURY CHARGES:

### COUNT ONE

In or about March 2010, in the Southern District of Ohio,

**LAKIA S. JACKSON,**

the defendant herein, did manage or control any place, whether permanently or temporarily, that is, a residence located at 6336 Royal Tern Crossing, Gahanna, Ohio, either as an lessee or occupant, and did knowingly and intentionally make available for use, with or without compensation, said place for the purpose of unlawfully storing and distributing cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 856(a)(2) and 856(b).

### FORFEITURE ALLEGATION A

1. The allegations of Count One of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 21 U.S.C. §853.

2. As a result of the offense, alleged in Count One of the Indictment,

FILED
JAMES BONINI
CLERK
2011 APR -7 AM 11: 32
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

Defendant, **LAKIA S. JACKSON**, shall forfeit to the United States all property which is property constituting, or derived from, proceeds **LAKIA S. JACKSON**, obtained, directly or indirectly as a result of such violations and property used, or intended to be used, to commit, or to facilitate the commission of the violation described in Count One of the Indictment, including but not limited to the following:

    A.    approximately $12,155.00 in United States currency.

In accordance with 21 U.S.C. §853(a)(1) and §853(a)(2).

*s/ FOREPERSON*
Foreperson

CARTER M. STEWART
United States Attorney

*Gary L. Spartis*
GARY L. SPARTIS
Columbus Branch Chief,
Assistant United States Attorney